

# Missouri Court of Appeals
## Southern District

**MARCH 18, 2014**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1. SD32891 & SD32892 (Consolidated)
   IN THE INTEREST OF: M.R.O., K.T.O., children under seventeen years of age. DALLAS COUNTY JUVENILE OFFICE, Petitioner-Respondent
   vs. S.R.O., Respondent-Appellant.